ACCEPTED
03-14-00267-CV
4890595
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 8:52:21 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00267-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 8:52:21 PM
JEFFREY D. KYLE
Clerk

**DAISY WANDA GARCIA,** *APPELLANT*

*v.*

**THOMAS LEE BAUMGARTEN**, *APPELLEE*

APPEAL FROM CAUSE NO. D-1-GN-12-002429
201ST DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. CHARLES RAMSEY PRESIDING

## NOTICE OF APPEARANCE

John L. Foster
Texas Bar No. 07289000
FOSTER RAMSEY
812 San Antonio Street
Suite 400
Austin, Texas  78701
512-476-4473
512-474-1606 (Fax)
jfoster@fosterramsey.com
Lead Counsel

*Counsel for Appellant*
*Daisy Wanda Garcia*

Stephen Casey
Texas Bar No. 24065015
CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
info@caseylawoffice.us

This notice hereby informs the Court of the appearance of undersigned counsel Stephen Casey for the purposes of the contemporaneously filed Emergency Motion to Abate. Attorney John L. Foster is still lead counsel for purposes of the appeal.

Respectfully submitted,

/s/ Stephen Casey
John L. Foster
Texas Bar No. 07289000
FOSTER RAMSEY
812 San Antonio Street
Suite 400
Austin, Texas  78701
512-476-4473
512-474-1606 (Fax)
jfoster@fosterramsey.com
Lead Counsel

Stephen Casey
Texas Bar No. 24065015
CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was served upon counsel for Appellee on Tuesday, April 14, 2015, via electronic transmission:

Nicholas Laurent, *Counsel for Appellee*
nlaurent@mcginnislaw.com

/s/ Stephen Casey